# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

APRIL LINDBLOM,

            Plaintiff,

       v.

SANTANDER CONSUMER USA INC., et al.,

           Defendants.

Case No.:  1:15-cv-00990-LJO-BAM

**ORDER GRANTING REQUEST TO TERMINATE THE OCWEN DEFENDANTS AND THEIR COUNSEL FROM COURT DOCKET (DOC. 8)**

## <u>ORDER</u>

The Court, having considered the Unopposed Request By Defendants Ocwen Loan Servicing, LLC and Ocwen Financial Corporation to Terminate the Ocwen Defendants and Their Counsel From Court Docket Parties' Joint Stipulation to Continue Status Conference, and good cause appearing therefor, hereby GRANTS the relief sought by that unopposed request.

Because Plaintiff Lindblom asserts no claims against the Ocwen defendants, the Clerk of Court is directed to terminate Defendants Ocwen Loan Servicing, LLC and Ocwen Financial Corporation as parties to this action, and to terminate Robert J. Campbell, Richard Aaron Chastain, and Michael R. Pennington, all of the law firm of Bradley Arant Boult Cummings, LLP, as counsel of record in this action.

IT IS SO ORDERED.

Dated:  __August 17, 2015__        __/s/ Lawrence J. O'Neill__
                                   UNITED STATES DISTRICT JUDGE