# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| APRIL LINDBLOM<br><br>    Plaintiff,<br><br>    v.<br><br>SANTANDER CONSUMER USA, INC., and WESTERN UNION BUSINESS SOLUTIONS (USA), LLC<br><br>    Defendants. | Case No. 1:15-CV-00990-LJO-BAM<br><br>**ORDER CONTINUING DEADLINE FOR REPLY AND VACATING HEARING DATE** |

The Court, having reviewed Defendant Western Union Business Solutions (USA), LLC ("Western Union's") Unopposed Motion for Extension of Time to File Reply Brief and to Continue Hearing on Motion to Dismiss, and finding good cause appearing, therefore GRANTS the motion.

Accordingly, the Court hereby ORDERS:

1. Western Union shall have through and including November 23, 2015, to file its Reply Brief in further support of its Motion to Dismiss.

2. The hearing on the motion to dismiss is VACATED. Upon expiration of the revised Reply deadline, and the matter will be submitted for decision on the papers pursuant to Local Rule 230(g).

IT IS SO ORDERED.

   Dated:   **November 16, 2015**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE