# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| APRIL LINDBLOM, | 1:15-cv-990-LJO-BAM |
|---|---|
| Plaintiff, | ORDER RE AMENDED JOINT STIPULATION TO STAY ALL PROCEEDINGS FOR 60 DAYS (Doc. 62) |
| v. | |
| SANTANDER CONSUMER USA, INC., | |
| Defendant. | |

Pursuant to the parties' stipulation, Doc. 62, the Court STAYS all proceedings in this case until April 18, 2016. All deadlines and pending or scheduled matters are VACATED during this stay. The Court defers ruling on Defendant's pending motion for judgment on the pleadings (Doc. 53) unless and until the stay is lifted.

IT IS SO ORDERED.

    Dated: **February 19, 2016**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE