Davis & Norris LLP
John E. Norris
2154 S. Highland Ave.
Birmingham, AL 35205
205-930-9900
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| APRIL LINDBLOM, and TIMOTHY LINDBLOM, | Case No. 1:15-CV-00990-BAM |
| Plaintiffs, | |
| v. | PLAINTIFF'S STIPULATION FOR LEAVE TO AMEND; ORDER |
| SANTANDER CONSUMER USA INC., | |
| Defendant. | |

    THE PARTIES HEREBY STIPULATE that Plaintiff April Lindblom be allowed to file the Second Amended Complaint attached hereto as Exhibit 1. The purpose of this amendment is to add Timothy Lindblom as a party and to remove former Defendant Western Union, who is no longer a party to this case. All remaining parties agree that the attached Amended Complaint should become the operative complaint in the case. Therefore, the parties respectfully request that the Court enter the proposed order below.

| | |
|---|---|
| /s/ John E. Norris_____ | /s/ Justin M. Brandt_____ |
| John E. Norris | Justin M. Brandt |
| One of the Attorneys for Plaintiffs | One of the Attorneys for Defendant |

**OF COUNSEL:**
John E. Norris (Pro Hac Vice)
Davis & Norris, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, AL 35205
Telephone: 205-930-9900
Facsimile: 205-930-9989
jnorris@davisnorris.com

Benjamin P. Tryk
TRYK LAW, P.C.
7050 N. Fresno St. #210
Fresno, CA 93720
Phone: (559) 840-3240
Fax: (888) 528-5570
ben@tryklaw.com

**OF COUNSEL:**
Chad R. Fuller
Justin M. Brandt
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-509-6000
Facsimile: 858-509-6040
chad.fuller@troutmansanders.com
justin.brandt@troutmansanders.com

Virginia Bell Flynn (Pro Hac Vice)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: 804-697-1200
Facsimile: 804-697-1339
virginia.flynn@troutmansanders.com

R. Frank Springfield (Pro Hac Vice)
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
fspringf@burr.com

Zachary D. Miller (Pro Hac Vice)
BURR & FORMAN LLP
511 Union Street, Suite 2300
Nashville, TN 37219
Telephone: 615-724-3216
Facsimile: 615-724-3316
zmiller@burr.com

**ORDER**

Based upon the parties' above Joint Stipulation and for good cause having been shown, this Court hereby orders as follows:

1. Plaintiff APRIL LINDBLOM's request for leave to file a Second Amended Complaint is GRANTED;

2. On or before September 6, 2016, Plaintiff shall file her Second Amended Complaint, attached as Exhibit 1 to the Stipulation, as a separate entry in the docket for purposes of clarifying the record;

3. On or before September 20, 2016, Defendant shall file its initial response to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: **August 30, 2016**                /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE