**DAVIS & NORRIS LLP**
John E. Norris (admitted pro hac vice)
jnorris@davisnorris.com
2154 S. Highland Avenue, South
Birmingham, Alabama 35205
Telephone:     (205) 930-9900
Facsimile:     (205) 930-9989

Attorneys for Plaintiff April Lindblom

(additional counsel noted below in signature block)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| APRIL LINDBLOM, | Case No. 1:15-cv-00990-LJO-BAM |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY DEADLINE** |
| v. | |
| SANTANDER CONSUMER USA INC., et al., | Judge:     Hon. Barbara A. McAuliffe |
| Defendants. | Trial Date:     TBD |

Come now the Parties in the above-styled case and jointly move this Court to extend the deadline for fact discovery, currently scheduled for November 11, 2016, to **January 20, 2017**, which is also the current deadline for expert discovery. Because there are no experts disclosed in this matter, there is no reason to have the expert discovery period, which provides the Parties ample opportunity to complete fact discovery.

The Parties require additional time to schedule the depositions of Plaintiffs and Defendant's corporative representative(s). Plaintiff Timothy Lindblom has been unavailable due to his employment related to fighting wildfires, which has taken him away from home for several months, and made him unavailable for deposition. As a result, the Parties have postponed scheduling depositions of the Plaintiffs in order to maximize efficiency and avoid duplicate travel of the Parties' respective counsel.

The Parties have tentatively scheduled the depositions of Plaintiffs for January 5–6, 2017, in or around Fresno, California, and expect to schedule the deposition(s) of Defendant's corporate representative(s) shortly after the Court approves this extension. Additionally, the Parties have amicably engaged in extensive meet-and-confer efforts in order to complete all necessary written discovery.

The parties do not at this time request any other changes to the Court's set deadlines, and reiterate that extending the fact discovery deadline to **January 20, 2017**, will not affect other remaining Court deadlines. Should the Court wish to discuss this issue further, the Parties' respective counsel will make themselves available for a teleconference.

Dated: November 8, 2016     **DAVIS & NORRIS LLP**

By: */s/ John E. Norris*
John E. Norris
Attorneys for Plaintiff
April Lindblom

Dated: November 8, 2016     **TROUTMAN SANDERS LLP**

By: */s/ Chad R. Fuller*
Chad R. Fuller
Attorneys for Defendant
Santander Consumer USA Inc.

**[PROPOSED] ORDER**

**IT IS SO ORDERED** that, for good cause showing, the fact discovery period in the above-styled case shall be extended through January 20, 2017.

Dated: **November 8, 2016**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE