**DAVIS & NORRIS LLP**
John E. Norris (admitted pro hac vice)
jnorris@davisnorris.com
2154 S. Highland Avenue, South
Birmingham, Alabama 35205
Telephone: (205) 930-9900
Facsimile: (205) 930-9989

Attorneys for Plaintiffs
APRIL and TIMOTHY LINDBLOM

(additional counsel noted in signature block)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| APRIL LINDBLOM and TIMOTHY LINDBLOM,<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | Case No. 1:15-cv-00990-BAM<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND LAW AND MOTION DEADLINES AND CONTINUE CLASS CERTIFICATION HEARING**<br><br>Judge:       Hon. Barbara A. McAuliffe<br>Trial Date:  TBD |

Come now the Parties in the above-styled case and jointly move this Court to extend law and motion deadlines and continue the hearing as to class certification.

Presently, the following dates and deadlines apply:

- Dispositive motions are due March 29, 2017.
- Plaintiffs' class certification motion is due March 31, 2017.
- Defendant's opposition to class certification is due April 21, 2017.
- Plaintiffs' reply in support of class certification is due May 12, 2017.
- The class certification hearing is June 2, 2017, at 9:00 a.m.

\\
\\

1

The Parties request that the Court continue each of these dates and deadlines by 30 days. During this extension, the Parties intend to continue working toward resolution of this action, and believe that such a stay would benefit the Parties' efforts in this regard.

The Parties have completed fact discovery, and do not request any other changes to the Court's set deadlines at this time. Should the Court wish to discuss this issue further, the Parties' respective counsel will make themselves available for a telephonic status conference.

Dated: March 15, 2017                               **DAVIS & NORRIS LLP**

By: _/s/ John E. Norris_
John E. Norris
Attorneys for Plaintiff
April Lindblom

Dated: March 15, 2017                               **TROUTMAN SANDERS LLP**

By: _/s/ Chad R. Fuller_
Chad R. Fuller
Attorneys for Defendant
Santander Consumer USA Inc.

## ORDER

**IT IS SO ORDERED** that, for good cause showing, the aforementioned deadlines in the above-styled case shall be extended for 30 days, and the class certification hearing shall be continued to July 14, 2017, at 9:00 a.m.
IT IS SO ORDERED.

Dated:   **March 16, 2017**                  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE