1  **DAVIS & NORRIS LLP**
   John E. Norris (admitted pro hac vice)
2  jnorris@davisnorris.com
   2154 S. Highland Avenue, South
3  Birmingham, Alabama 35205
   Telephone:   (205) 930-9900
4  Facsimile:   (205) 930-9989
   Attorneys for Plaintiffs
5  APRIL and TIMOTHY LINDBLOM

6  **TROUTMAN SANDERS LLP**
   Chad R. Fuller, CA Bar No. 190830
7  chad.fuller@troutmansanders.com
   11682 El Camino Real, Suite 400
8  San Diego, CA 92130-2092
   Telephone:   858-509-6000
9  Facsimile:   858-509-6040

10 Attorneys for Defendant
   SANTANDER CONSUMER USA INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| APRIL LINDBLOM and TIMOTHY LINDBLOM,<br><br>    Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>    Defendant. | Case No. 1:15-cv-00990-BAM<br><br>**JOINT STIPULATION AND ORDER TO EXTEND LAW AND MOTION DEADLINES AND VACATE CLASS CERTIFICATION HEARING PENDING MEDIATION**<br><br>Judge:      Hon. Barbara A. McAuliffe<br>Trial Date: TBD |

Come now the Parties in the above-styled case and jointly move this Court to extend law and motion deadlines and continue the hearing as to class certification pending the results of mediation.

Presently, the following dates and deadlines apply:

- Dispositive motions are due April 28, 2017.

- Plaintiffs' class certification motion is due May 1, 2017.

- Defendant's opposition to class certification is due May 22, 2017.

1

JOINT STIPULATION AND ORDER TO EXTEND LAW AND MOTION DEADLINES AND CONTINUE CLASS CERTIFICATION HEARING

31172549v1

- Plaintiffs' reply in support of class certification is due June 12, 2017.
- The class certification hearing is July 14, 2017, at 9:00 a.m.

The Parties have agreed to attend mediation with A.J. Krouse, an attorney and mediator based in New Orleans, Louisiana. The Parties expect mediation to take place in mid-to-late May or June 2017, but are still in the process of finalizing the exact date. If the Court would like to know the date of the mediation once scheduled, the parties can notify the Court once it is scheduled.

Within three business days of mediation, the Parties will notify the Court to advise whether a settlement has been reached, and propose that the Court continue each of the aforementioned dates and deadlines until 14 days after such notification.

The Parties have completed fact discovery, and do not request any other changes to the Court's set deadlines at this time. Should the Court wish to discuss this issue further, the Parties' respective counsel will make themselves available for a telephonic status conference.

Dated: April 26, 2017 **DAVIS & NORRIS LLP**

By: */s/ John E. Norris*
John E. Norris
Attorneys for Plaintiff
April Lindblom

Dated: April 26, 2017 **TROUTMAN SANDERS LLP**

By: */s/ Chad R. Fuller*
Chad R. Fuller
Attorneys for Defendant
Santander Consumer USA Inc.

///
///
///
///
///
///

## **ORDER**

Having reviewed the above stipulation, and for good cause shown, the parties' joint request to continue class certification deadlines is GRANTED. (Doc. 92). Accordingly, the Motion for Class Certification hearing set for July 14, 2017 is VACATED. All other class certification deadlines in the above-styled case shall be stayed pending resolution of mediation. Within three days of finalizing the date, the parties are ORDERED to notify Courtroom Deputy Harriet Herman of the intended date of mediation. Further, the parties SHALL file a status report within three business days of mediation indicating whether a settlement has been reached, and if necessary, proposed class certification deadlines.

IT IS SO ORDERED.

Dated: **April 27, 2017**             /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE