# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LINDBLOM and TIMOTHY LINDBLOM,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC,<br><br>Defendant. | Case No. 1:15-cv-0990-BAM<br><br>**ORDER GRANTING PLAINTIFFS' REQUESTS TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>**(Docs. 106, 107)**<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(Doc. 111).** |

Currently before the Court are the parties' separate unopposed requests to seal pursuant to Local Rule 141. Having reviewed the parties' requests and for good cause appearing, IT IS HEREBY ORDRED THAT

Plaintiffs' motion to file Exhibit C, Exhibit D, Exhibit H, and Exhibit I under seal in support of the motion for class certification is GRANTED. (Docs. 106, 107). Within ten (10) days from the date of service of this order, Plaintiffs are further ordered to file redacted copies of the sealed Exhibits H and I in compliance with Federal Rule of Civil Procedure 5.2 and Local Rule 140.

Likewise, good cause appearing, IT IS HEREBY ORDERED THAT Defendants' separate request to file Exhibit B under seal in support of the motion for summary judgment is GRANTED. (Doc. 111).

1    The documents shall remain sealed until ordered otherwise at a later date. If any party or
2 other person(s) wishes to have the documents or any portion thereof unsealed, that party or other
3 person(s) shall file a request with the Court and serve all parties in this action with said papers.
4 Accordingly, the unredacted documents provided to the Court by the parties and referenced in
5 their respective requests to seal are hereby ordered to be filed under seal by the Clerk of the
6 Court.

IT IS SO ORDERED.

   Dated: **November 3, 2017**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE