# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LINDBLOM,<br><br>    Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA INC,<br><br>    Defendant. | Case No. 1:15-cv-0990-BAM<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE**<br><br>**(Doc. 114).** |

The Court, having considered the parties' stipulation to continue the briefing schedule, finds that good cause exists to change the due date of the parties' respective responses to plaintiff's pending motion for class certification and defendant's motion for summary judgment to **November 28, 2017**.

Replies to both motions remain due December 15, 2017, and the hearing remains scheduled for 9:00 a.m. on January 12, 2018.

IT IS SO ORDERED.

    Dated: __November 15, 2017__            /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE

1