**MCGUIREWOODS LLP**
Marc A. Lackner (SBN 111753)
mlackner@mcguirewoods.com
David S. Reidy (SBN 225904)
dreidy@mcguirewoods.com
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile: 415.844.9922

Attorneys for Defendant
Santander Consumer USA Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL LINDBLOM and TIMOTHY LINDBLOM,<br><br>Plaintiffs,<br><br>v.<br><br>SANTANDER CONSUMER USA INC.,<br>Defendant. | Case No.: 1:15-cv-00990-BAM<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING REQUEST TO FILE UNDER SEAL**<br><br>Honorable Barbara A. McAuliffe |

## ORDER

On November 28, 2017, Defendant Santander Consumer USA, Inc. ("SC") filed a Request to File Under Seal various documents that contain confidential information pursuant to Local Rule 141, the Stipulated Protective Order (Dkt. 69), and the approved Stipulated Protective Order (Dkt. 70). For good cause appearing, the Court hereby **GRANTS** SC's Request and orders that the following unredacted materials be filed and maintained under seal:

1. Exhibits to the Declaration of Wayne Nightengale in Support of Defendant's Opposition to Class Certification:

| Exhibit | Description |
|---------|-------------|
| 2 | First 10 pages of SC's updated spreadsheet, originally Bates labeled "SCUSA-Lindblom 000305-006052". |
| 6 | Speedpay Agreement dated March 24, 2005 |
| 7 | Amendment to Speedpay Agreement dated April 11, 2013 |
| 8 | Amendment to Speedpay Agreement dated May 13, 2014 |
| 9 | Amendment to Speedpay Agreement dated February 1, 2017 |

IT IS SO ORDERED.

Dated: **December 1, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE