# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APRIL LINDBLOM**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SANTANDER CONSUMER USA, INC..**,<br><br>Defendant. | Case No. 1:15-cv-00990-BAM<br><br>**STIPULATION OF DISMISSAL OF TCPA CLAIMS; ORDER**<br><br>Hon. Barbara A. McAuliffe |

The Court, having considered the Parties' Stipulation of Dismissal of Plaintiffs' claims under the Telephone Consumer Protection Act, hereby dismisses these claims with prejudice. Costs are taxed as paid. Plaintiffs' claims under the Rosenthal Fair Debt Collection Practices Act remain pending.

IT IS SO ORDERED.

Dated: __**January 26, 2018**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE