# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APRIL LINDBLOM,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **SANTANDER CONSUMER USA, INC.,** <br><br> Defendant. | 1:15-cv-00990-BAM <br><br> **ORDER DECLINING TO RELATE CASES** <br><br> (ECF No. 143) |
| **VICKI BLAKELY,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **SANTANDER CONSUMER USA, INC.,** <br><br> Defendant. | 2:18-cv-01647-WBS-EFB <br><br> **ORDER DECLINING TO RELATE CASES** <br><br> (ECF No. 6) |

The Court has received and reviewed the Notices of Related Case filed in these matters. ECF No. 143, *Lindblom v. Santander Consumer USA, Inc.*, 1:15-cv-990 BAM; ECF No. 6, *Blakely et al. v. Santander Consumer USA, Inc.*, Case No. 2:18-cv-01647-WBS-EFB. As the Chief Judge, the undersigned has determined that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so. *See* Local Rule 123. Among other things, the parties to *Lindblom* have consented to conduct all remaining aspects of that case, including trial, before a United States Magistrate Judge, while the parties to *Blakely* have yet to do so, making it infeasible to reassign *Blakely* to the magistrate judge assigned to the lower-numbered *Lindblom* case. In addition, given the substantial

1

expenditure of judicial resources by the magistrate judge assigned to *Lindblom*, it would be inefficient to reassign *Lindblom* to the district judge handling *Blakely*. This Order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

Dated: **October 17, 2019**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE